1  STEVEN A. LERMAN & ASSOCIATES, INC.
2  Steven A. Lerman (SBN 055839)
   Nicholas Lerman (SBN 292656)
3  6033 West Century Boulevard, Suite 740
4  Los Angeles, California 90045
   Telephone: (310) 659-8166
5  Fax: (310) 285-0779

6  Attorneys for Plaintiffs
7  SARAH CRUZ REAZA, et al.

8

9               UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
11

| | |
|---|---|
| SARAH CRUZ REAZA, individually and as successor in interest of Decedent FERNANDO CRUZ, FERNANDO BAEZA, individually and as a successor in interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as successor in interest of Decedent Fernando Cruz, FRANK FIDEL CRUZ, individually and as successor in interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as successor in interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as successor in interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ<br><br>Plaintiffs, | Case No.<br><br>**APPLICATION OF JOANNE ALBIDREZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF L.M.C., A MINOR**<br><br>[CCP § 377.32] |

vs.

COUNTY OF RIVERSIDE,
RIVERSIDE COUNTY SHERIFF'S
DEPARTMENT and DOES 1 through
10, Inclusive,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**COMES NOW** Plaintiff Joanne Albidrez, on behalf of minor daughter, L.M.C., and applies to this Honorable Court, to appoint her as the guardian ad litem for I.C. in this action.

This application is based on the ground that Joanne Albidrez's daughter, L.M.C. (Date of birth: May 24, 2016), is a minor and needs her mother to represent her in this action for the wrongful death of her father, decedent Fernando Cruz, who was physically battered and assaulted by various Riverside Sheriff defendants.

This application is also based on the attached declaration of Joanne Albidrez in support thereof.

Dated: June 3, 2020          STEVEN A. LERMAN &ASSOCIATES, INC.

                                    By:   /s/ Steven Lerman
                                    Steven A. Lerman/Nicholas Lerman
                                    Attorneys for Plaintiffs