1  STEVEN A. LERMAN & ASSOCIATES, INC.
2  Steven A. Lerman (SBN 055839)
   Nicholas Lerman (SBN 292656)
3  6033 West Century Boulevard, Suite 740
4  Los Angeles, California 90045
   Telephone: (310) 659-8166
5  Fax: (310) 285-0779

6  Attorneys for Plaintiffs
7  SARAH CRUZ REAZA, et al.

8

9              UNITED STATES DISTRICT COURT
10       CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
11

12 | SARAH CRUZ REAZA, individually        | Case No.
13 | and as successor in interest of Decedent |
   | FERNANDO CRUZ, FERNANDO              | **DECLARATION OF JOANNE**
14 | BAEZA, individually and as a successor | **ALBIDREZ FOR MINOR L.M.C.**
15 | in interest of Decedent Fernando Cruz, | **REGARDING STANDING AS**
   | FERNANDO CRUZ, JR., individually      | **SUCCESSOR IN INTEREST TO**
16 | and as successor in interest of Decedent | **CLAIMS OF PLAINTIFFS'**
17 | Fernando Cruz, FRANK FIDEL CRUZ,     | **DECEDENT FERNANDO CRUZ**
   | individually and as successor in interest |
18 | of Decedent Fernando Cruz, CELESTE   | [CCP § 377.32]
19 | MARIE CRUZ, individually and as
   | successor in interest of Decedent
20 | Fernando Cruz, RAELENE MARIE
21 | CRUZ, individually and as successor in
   | interest of Decedent Fernando Cruz,
22 | J.A., by and through his guardian,
23 | JOANNE ALBIDREZ, I.C., by and
   | through his guardian, JOANNE
24 | ALBIDREZ, L.M.C., by and through
25 | her guardian, JOANNE ALBIDREZ,

26
27        Plaintiffs,
28

| | |
|---|---|
| vs.<br><br>COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT and DOES 1 through 10, Inclusive,<br><br>Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. I am the guardian for my minor daughter, L.M.C.
2. I am the legal and natural mother of minor child, L.M.C.
3. L.M.C. is the legal and natural daughter of decedent Fernando Cruz.
4. Decedent Fernando Cruz died intestate on October 8, 2019 at approximately 6:10 a.m. from multiple blows inflicted upon him by Riverside Sheriffs on October 7, 2019. A certified copy of the decedent's birth certificate is attached as Exhibit "A" and incorporated by reference.
5. Decedent Fernando Cruz was not married and his seven children include Fernando Cruz Jr., Frank Fidel Cruz, Celeste Marie Cruz, Raelene Marie Cruz, minors J.A., I.C., and L.M.C.
6. No proceeding is now pending in California for administration of the decedent's estate.
7. L.M.C. is the decedent's successor in interest, as defined in Code Civ. Proc., §377.11, and succeed to the decedent Fernando Cruz's interest in the action.
8. No other person has a superior right to commence the action or be substituted for the decedent in the action, although Sarah Cruz Reaza, Fernando Baeza, Fernando Cruz, Jr., Frank Fidel Cruz, Celeste Marie Cruz, Raelene Marie Cruz, J.A., a minor, I.C., a minor, and herein

L.M.C., a minor, have the right to proceed as successors in interest in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 3, 2020

_____Joanne Albidrez_____
JOANNE ALBIDREZ, GUARDIAN AD LITEM FOR L.M.C., A MINOR

Dated:  June 3, 2020

STEVEN A. LERMAN & ASSOCIATES, INC.

By: _____/s/ Steven Lerman_____
Steven A. Lerman/Nicholas Lerman
Attorneys for Plaintiffs