STEVEN A. LERMAN & ASSOCIATES, INC.
Steven A. Lerman (SBN 055839)
Nicholas Lerman (SBN 292656)
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166
Fax: (310) 285-0779

Attorneys for Plaintiffs
SARAH CRUZ REAZA, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SARAH CRUZ REAZA, individually and as successor in interest of Decedent FERNANDO CRUZ, FERNANDO BAEZA, individually and as a successor in interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as successor in interest of Decedent Fernando Cruz, FRANK FIDEL CRUZ, individually and as successor in interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as successor in interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as successor in interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ,<br><br>Plaintiffs, | Case No.<br><br>[PROPOSED] ORDER ON APPLICATION OF JOANNE ALBIDREZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF L.M.C., A MINOR |

|   |   |
|---|---|
| vs. | |
| COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT and DOES 1 through 10, Inclusive, | |
| Defendants. | |

HAVING CONSIDERED the application of JOANNE ALBIDREZ, to be appointed the guardian ad litem on behalf of her minor daughter, L.M.C., and good cause having been shown therefore;

IT IS HEREBY ORERED that Joanne Albidrez is appointed as the guardian ad litem for her minor daughter L.M.C., in this action.

Dated: June ___, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2