STEVEN A. LERMAN & ASSOCIATES, INC.
Steven A. Lerman (SBN 055839)
Nicholas Lerman (SBN 292656)
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166
Fax: (310) 285-0779

Attorneys for Plaintiffs
SARAH CRUZ REAZA, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SARAH CRUZ REAZA, individually and as successor in interest of Decedent FERNANDO CRUZ, FERNANDO BAEZA, individually and as a successor in interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as successor in interest of Decedent Fernando Cruz, FRANK FIDEL CRUZ, individually and as successor in interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as successor in interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as successor in interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ, | Case No. **DECLARATION OF FERNANDO CRUZ, JR. TO CONTINUE ACTION AS THE SUCCESSOR IN INTEREST OF FERNANDO CRUZ** [CCP § 377.32] |
| Plaintiffs, | |

vs.

COUNTY OF RIVERSIDE,
RIVERSIDE COUNTY SHERIFF'S
DEPARTMENT and DOES 1 through
10, Inclusive,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I am the successor in interest of FERNANDO CRUZ, deceased. All matters in this declaration are true of my own knowledge.

2. The decedent's name is Fernando Cruz.

3. Decedent Fernando Cruz died intestate on October 8, 2019 at approximately 6:10 a.m. from multiple blows inflicted upon him by Riverside Sheriffs on October 7, 2019. A certified copy of the decedent's death certificate is attached as Exhibit "A" and incorporated by reference.

4. Decedent Fernando Cruz was not married and his seven children include Fernando Cruz Jr., Frank Fidel Cruz, Celeste Marie Cruz, Raelene Marie Cruz, minors J.A., I.C., and L.M.C.

5. No proceeding is now pending in California for administration of the decedent's estate.

6. I am the decedent's successor in interest, as defined in Code Civ. Proc., §377.11, and succeed to the decedent's interest in the action.

7. I am authorized to act on behalf of the decedent's successor in interest, as defined in Code Civ. Proc., §377.11, with respect to the decedent's interest in the action in.

8. No other person has a superior right to commence the action or be substituted for the decedent in the action, although Sarah Cruz Reaza, Fernando

Baeza, Fernando Cruz, Jr., Frank Fidel Cruz, Celeste Marie Cruz, Raelene Marie Cruz, J.A., a minor, I.C., a minor, and L.M.C., a minor, have the right to proceed as successors in interest in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 3, 2020

*Fernando Cruz*
FERNANDO CRUZ, JR.

Dated: June 3, 2020

STEVEN A. LERMAN & ASSOCIATES, INC.

By: /s/ Steven Lerman
Steven A. Lerman/Nicholas Lerman
Attorneys for Plaintiffs