# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
## RIVERSIDE, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11(REV 3/06)

STATE FILE NUMBER: 3052019210542
LOCAL REGISTRATION NUMBER: 3201933013032

**DECEDENT'S PERSONAL DATA**
1. NAME OF DECEDENT—FIRST (Given): FERNANDO
2. MIDDLE: -
3. LAST (Family): CRUZ
AKA: -
4. DATE OF BIRTH: 08/27/1980
5. AGE Yrs: 39
8. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: NEVER MARRIED
7. DATE OF DEATH: 10/07/2019
8. HOUR (24 Hours): 0614
13. EDUCATION: 10
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES MEXICAN
16. DECEDENT'S RACE: MEXICAN AMERICAN
17. USUAL OCCUPATION: LABORER
18. KIND OF BUSINESS OR INDUSTRY: LANDSCAPING
19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**
20. DECEDENT'S RESIDENCE: 5479 34TH STREET SPACE 10
21. CITY: RIVERSIDE
22. COUNTY/PROVINCE: RIVERSIDE
23. ZIP CODE: 92509
24. YEARS IN COUNTY: 39
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
26. INFORMANT'S NAME, RELATIONSHIP: JOANNE ANITA ALBIDREZ, FRIEND
27. INFORMANT'S MAILING ADDRESS: 26910 PLACENCIA, PERRIS, CA 92571

**SPOUSE/SRDP AND PARENT INFORMATION**
28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT—FIRST: FERNANDO
32. MIDDLE: SILVA
33. LAST: BAEZA
34. BIRTH STATE: MX
35. NAME OF MOTHER/PARENT—FIRST: SARAH
36. MIDDLE: -
37. LAST (BIRTH NAME): CRUZ
38. BIRTH STATE: CA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
39. DISPOSITION DATE: 10/25/2019
40. PLACE OF FINAL DISPOSITION: EVERGREEN MEMORIAL PARK, 4414 14TH ST., RIVERSIDE, CA 92501
41. TYPE OF DISPOSITION: BU
42. SIGNATURE OF EMBALMER: GREGORY MACIAS
43. LICENSE NUMBER: EMB8010
44. NAME OF FUNERAL ESTABLISHMENT: ARLINGTON MORTUARY
45. LICENSE NUMBER: FD1033
46. SIGNATURE OF LOCAL REGISTRAR: CAMERON KAISER, MD
47. DATE: 10/21/2019

**PLACE OF DEATH**
101. PLACE OF DEATH: RIVERSIDE COMMUNITY HOSPITAL
102. IF HOSPITAL, SPECIFY ONE: ER/OP
104. COUNTY: RIVERSIDE
105. FACILITY ADDRESS: 4445 MAGNOLIA AVE
106. CITY: RIVERSIDE

**CAUSE OF DEATH**
107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING
Time Interval Between Onset and Death: -
108. DEATH REPORTED TO CORONER?: YES
REFERRAL NUMBER: 2019-11976
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES

**PHYSICIAN'S CERTIFICATION** — (blank)

**CORONER'S USE ONLY**
119. MANNER OF DEATH: Pending Investigation
126. SIGNATURE OF CORONER/DEPUTY CORONER: KIRSTEN RAMIREZ
127. DATE: 10/21/2019
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: KIRSTEN RAMIREZ, DEPUTY CORONER

*010001004342751*

---

**CERTIFIED COPY OF VITAL RECORD**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE } SS

This is a true and exact reproduction of the document officially registered and placed on file by the Riverside University Health System, Department of Public Health.

*001815314*

DATE ISSUED: **Jun 5, 2020**

Dr. Cameron Kaiser, M.D., County Health Officer
RIVERSIDE COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border, displaying the date, seal, and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE