**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
　E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
　E-Mail: Tori.Bakken@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
COUNTY OF RIVERSIDE, Deputies ROBERT ROACH, ANDREW LUCIFORA, GEOFFREY GILLISON, and TODD HALBEISEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH REAZA CRUZ, individually and as Successor in Interest of Decedent Fernando Cruz, FERNANDO BAEZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as Successor-in-Interest of Decedent Fernando Cruz, FRANK FIDEL CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ, <br><br>　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF RIVERSIDE; ROBERT ROACH; ANDREW LUCIFORA; GEOFFREY GILLISON; TODD HALBEISEN; and DOES 1 through 20, Inclusive,<br><br>　　　Defendants. | Case No. 5:20-CV-01188-MEMF-SP<br>[*Hon. Maame Ewusi-Mensah Frimpong, Dist. Judge; Hon. Sheri Pym, M. Judge*]<br><br>**[PROPOSED] JOINT STATEMENT OF THE CASE**<br><br>Complaint Filed:　June 11, 2020<br>Pre-Trial Conf.:　December 1, 2022<br>Trial Date:　　　December 12, 2022 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

By and through their counsel of record in this action, plaintiffs SARAH CRUZ REAZA, FERNANDO BAEZA, FERNANDO CRUZ, JR., FRANK FIDEL CRUZ, CELESTE MARIE CRUZ, RAELENE MARIE CRUZ, J.A., L.C., and L.M.C. ("plaintiffs"), and defendant(s) COUNTY OF RIVERSIDE, Deputies ROBERT ROACH, ANDREW LUCIFORA, GEOFFREY GILLISON, and TODD HALBEISEN (collectively herein after as "Defendants") hereby submit the following proposed Joint Statement of the Case pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, Central District of California Local Rules 16-2, 16-3, 16-4, 16-5, 16-6, 16-7, 16-8, 51-1, 51-2, 51-3 and 51-4; and the Orders of the Court (as applicable).

DATED: November 9, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Tony M. Sain
TONY M. SAIN, Esq.
TORI BAKKEN, Esq.
Attorneys for Defendants,
COUNTY OF RIVERSIDE, Deputies
ROBERT ROACH, ANDREW
LUCIFORA, GEOFFREY GILLISON, and
TODD HALBEISEN

///
///
///

| | |
|---|---|
| DATED: November 9, 2022 | STEVEN A. LERMAN AND ASSOCIATES, INC.; LAW OFFICE OF GREGORY PEACOCK |

By: _____/s/ Gregory Peacock_____
   STEVEN A. LERMAN
   NICHOLAS M. LERMAN
   GREGORY PEACOCK
Attorneys for Plaintiffs,
SARAH CRUZ REAZA, FERNANDO BAEZA, FERNANDO CRUZ, JR., FRANK FIDEL CRUZ, CELESTE MARIE CRUZ, RAELENE MARIE CRUZ, J.A., I.C., and L.M.C.

///
///
///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

## JOINT STATEMENT OF THE CASE.

The case arises from an incident that occurred after 4:00 a.m. on Monday, October 7, 2019 in Riverside, California: involving Fernando Cruz and law enforcement officers of the Riverside County Sheriff's Department.

After Mr. Cruz's mother, Sarah Reaza Cruz, called for help, first defendants Sheriff's Deputies Robert Roach and Andrew Lucifora, and later defendants Deputies Todd Halbeisen and Geoffrey Gillison, responded to the Cruz home. Although the parties dispute several of the details, it is undisputed that a struggle then ensued and that Fernando Cruz died after that struggle.

Plaintiffs are the mother and children of Fernando Cruz.

Defendants are the County of Riverside and defendant Deputies Robert Roach, Andrew Lucifora, Todd Halbeisen, and Geoffrey Gillison.

Plaintiffs contend that the defendant Deputies used excessive force in restraining Fernando Cruz at a time when Mr. Cruz posed no threat to anyone and when he was suffering a health crisis. Plaintiffs contend that the defendant Deputies' excessive force caused Mr. Cruz's death by asphyxiation. [Plaintiffs also contend that the policies and deputy training of defendant County of Riverside are deliberately indifferent to the preservation of constitutional rights.] Plaintiffs thus seek compensatory and punitive damages from Defendants here.

Defendants contend that, according to standard police practices, the restraint force used on Mr. Cruz was reasonable under the totality of the circumstances known to the defendant Deputies at the time. Defendants also contend that Mr. Cruz died due to his excessive consumption of methamphetamine; and Defendants thus contend that the evidence shows that Mr. Cruz's death was not caused by any asphyxiation, but that it was instead a meth death. Defendants thus seek a finding of no liability through a defense verdict here.

**FEDERAL COURT PROOF OF SERVICE**
Sarah Reaza Cruz, et al. v. County of Riverside, et al.
USDC Case No. 5:20-cv-01188-MEMF-SP

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 9, 2022, I served the following document(s):  [PROPOSED] JOINT STATEMENT OF THE CASE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Steven A. Lerman, Esq. (SBN 55839)<br>Nicholas M. Lerman, Esq. (SBN 92656)<br>STEVEN A. LERMAN & ASSOCIATES, INC.<br>6033 W. Century Blvd., Suite 740<br>Los Angeles, California   90045<br>Tel: (310) 659-8166<br>Fax: (310) 285-0779<br>nlerman@lermanslaw.com<br>ccochrell@lermanslaw.com<br><br>Attorneys for Plaintiffs, Sarah Cruz Reaza, Fernando Baeza, Fernando Cruz Jr., Frank Fidel Cruz, Celeste Marie Cruz, Raelene Marie Cruz, J.A., I.C., and LMC | Gregory Peacock, Esq. (SBN 277669)<br>LAW OFFICE OF GREGORY PEACOCK<br>4425 Jamboree Rd., Suite 130<br>Newport Beach, California   92660<br>Tel: (949) 292-7478<br>Fax: (949) 863-9732<br>gregorypeacockesq@gmail.com<br><br>*Attorneys for Plaintiffs, Sarah Cruz Reaza, Fernando Baeza, Fernando Cruz Jr., Frank Fidel Cruz, Celeste Marie Cruz, Raelene Marie Cruz, J.A., I.C., and LMC* |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 9, 2022, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

4868-1191-9909.1

1

Case No. 5:20-CV-01188-MEMF-SP
[PROPOSED] JOINT STATEMENT OF THE CASE