**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SARAH REAZA CRUZ, individually and as Successor in Interest of Decedent Fernando Cruz, FERNANDO BAEZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as Successor-in-Interest of Decedent Fernando Cruz, FRANK FIDEL CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COUNTY OF RIVERSIDE; ROBERT ROACH; ANDREW LUCIFORA; GEOFFREY GILLISON; TODD HALBEISEN; and DOES 1 through 20, Inclusive,<br><br>            Defendants. | Case No. 5:20-CV-01188-MEMF-SPx<br><br>**ORDER GRANTING STIPULATION GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT [ECF NO. 174]** |

On September 1, 2023, the parties filed a Stipulation Granting Plaintiff Leave to File a Second Amended Complaint. ECF No. 174 ("Stipulation").

The court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiffs shall file their proposed Second Amended Complaint within seven (7) days of this Order.
2. The Answer previously filed by Defendants COUNTY OF RIVERSIDE, ROBERT ROACH, ANDREW LUCIFORA, GEOFFREY GILLISON, and TODD HALBEISEN to the Plaintiffs' First Amended Complain (ECF No. 43) shall be deemed and construed to serve as the responsive pleading to Plaintiffs' Second Amended Complaint and defendants shall be excused from filing any further responsive pleading to that Second Amended Complaint without risk of default or default judgment.

**IT IS SO ORDERED**.

Dated: September 19, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge