**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Email: dalekgalipo@yahoo.com

*Attorneys for All Plaintiffs*

[*Additional counsel on following page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH CRUZ REAZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO BAEZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as Successor-in-Interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ, I.R.C., by and through her guardian, JOANNE ALBIDREZ, and E.M.C., by and through her guardian, JOANNE ALBIDREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF RIVERSIDE; ROBERT ROACH; ANDREW LUCIFORA; GEOFFREY GILLISON; TODD HALBEISEN; and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No. 5:20-CV-01188-MEMF-SP [*Hon. Maame Ewusi-Mensah Frimpong, Dist. Judge; Hon. Sheri Pym, Mag. J.*] <br><br> **DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COMPROMISE OF CLAIMS OF THE MINOR PLAINTIFFS, I.R.C., E.M.C., I.C., and L.M.C.** <br><br> Complaint Filed:  June 11, 2020 <br> Pre-Trial Conf.:  N/A <br> Trial Date:  N/A <br><br> [*filed concurrently*: Plaintiffs' Unopposed Motion for Approval of Compromise of Claims; Proposed Order] |

**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman, Esq. (S.B.N. 55839)
Nicholas M. Lerman, Esq. (SBN: 292656)
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166
Email: nlerman@lermanslaw.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4425 Jamboree Road, Suite 130
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

### DECLARATION OF COOPER ALISON-MAYNE

I, Cooper Alison-Mayne, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for the plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs' Unopposed Motion for Approval of Compromise of Claims of the Plaintiff Minors I.C., and L.M.C. I am also one of the attorneys of record for Plaintiffs I.R.C and E.M.C., successors in interest to Plaintiff Frank Fidel Cruz, who died on June 25, 2023.

2.      On October 18, 2023, I e-mailed a copy of this instant Motion and accompanying proposed order to defense counsel for the County of Riverside, Robert Roach, Andrew Lucifora, Geoffrey Gillison, and Todd Halbeisen at Tony.Sain@lewisbrisbois.com. On October 19, 2023, I was informed that Defendants and their counsel do not intend to oppose Plaintiffs' Motion.

3.      The settlement agreement obligates Defendants to pay Plaintiffs and their attorneys of record a total sum of $1,500,000. Plaintiffs have agreed to split the settlement sum among the Plaintiffs as follows:

| | |
|---|---|
| Sarah Cruz Reaza (mother of Decedent) | $70,000 |
| Fernando Baeza (father of Decedent) | $40,000 |
| Fernando Cruz, Jr. (son of Decedent) | $190,000 |
| I.R.C. (child of Frank Fidel Cruz) | $95,000 |
| E.M.C. (child of Frank Fidel Cruz) | $95,000 |
| Celeste Marie Cruz (daughter of Decedent) | $190,000 |
| Raelene Marie Cruz (daughter of Decedent) | $190,000 |
| Joseph Albidrez (son of Decedent) | $190,000 |

| I.C (son of Decedent) | $220,000 |
| L.M.C. (daughter of Decedent) | $220,000 |

4.     Plaintiff I.C. is a minor child and the biological daughter of the Decedent in this case, Fernando Cruz. She was born in 2007.

5.     Plaintiff L.M.C. is a minor child and the biological son of the Decedent in this case, Fernando Cruz. He was born in 2016

6.     Plaintiff Frank Fidel Cruz was the biological son of the Decedent in this case, Fernando Cruz. He died on June 25, 2023, shortly after signing the settlement agreement. His successors in interest are his two minor children I.R.C. and E.M.C.

7.     I.R.C. is a minor child and the biological son of the Plaintiff Frank Fidel Cruz. He was born in 2018.

8.     E.M.C. is a minor child and the biological son of the Plaintiff Frank Fidel Cruz. He was born in 2014. All four minors are referred to below as the "Minors."

9.     Joseph Albidrez, Plaintiff J.A. is eighteen now; he is no longer a minor.

10.     The Minors' claims in this lawsuit are set forth in the operative complaint filed in this action. Pursuant to the settlement agreement, the Minors' claims will be compromised without a trial on the merits of the claims.

11.     The Minors' damages in this case arise from: (1) the injuries suffered by Decedent, for which the Minors can recover damages as the successors in interest; and (2) loss of Decedent's comfort, care, companionship, training, support, and guidance, for which I.C. and L.M.C. recover directly and I.R.C. and E.M.C. recover as successors in interest of Frank Fidel Cruz.

12.     Medical treatment and medical billing are not relevant. Neither the Minors nor Frank Fidel Cruz have received medical treatment in connection with this case.

13.     The total amount of the settlement that Defendants agree to pay is $1,500,000. Plaintiffs' proposed gross division is stated in paragraph 3, above. Plaintiffs' attorneys—the Law Offices of Dale K. Galipo, Steven A. Lerman & Associates, Inc., and the Law Office of Greg Peacock, Esq.—are requesting reimbursement of advanced litigation costs in the total amount of $137,290.00. The costs will be split among the Plaintiffs on a *pro rata* basis with their gross settlement allocation, such that Plaintiffs' attorneys are requesting costs as follows:

| | |
|---|---|
| Sarah Cruz Reaza (mother of Decedent) | 6,406.96 |
| Fernando Baeza (father of Decedent) | 3,661.12 |
| Fernando Cruz, Jr. (son of Decedent) | 17,390.34 |
| I.R.C. (child of Frank Fidel Cruz) | 8,695.17 |
| E.M.C. (child of Frank Fidel Cruz) | 8,695.17 |
| Celeste Marie Cruz (daughter of Decedent) | 17,390.34 |
| Raelene Marie Cruz (daughter of Decedent) | 17,390.34 |
| Joseph Albidrez (son of Decedent) | 17,390.34 |
| I.C (son of Decedent) | 20,136.18 |
| L.M.C. (daughter of Decedent) | 20,136.18 |

14.     Thus, the total amount Plaintiffs' attorneys seek in reimbursement for advanced litigation costs from the Minors is $57,662.69. Additionally, through their guardian *ad* litem, minor plaintiffs I.C. and L.M.C. were advanced $900 each, for a total of $1,800, to cover basic childcare needs during the litigation.

15.     The contingency retainer agreement between the Minors' guardian *ad litem* and Plaintiffs' attorneys provides for a forty (40) percent contingency fee. Plaintiffs' attorneys are requesting attorneys' fees in the amount of forty (40) percent of the settlement proceeds. Attorneys' fees for I.R.C. and E.M.C. are $38,000.00 each, and attorneys' fees for I.C. and L.M.C. are $88,000.00 each. Total attorneys' fees for the Minors are $252,000.00.

16.     This case involved a substantial amount of risk, was challenging, and required significant background in § 1983 litigation. If Plaintiffs had prevailed at trial, statutory attorneys' fees due to Plaintiffs' attorneys under the retainer agreements could have exceeded $1 million. If the Law Offices of Dale K. Galipo, Steven A. Lerman & Associates, Inc., and the Law Office Of Gregory Peacock are not awarded their requested compensatory fee in such cases, they would not be able to take them. In turn, minor plaintiffs such as I.R.C., E.M.C., I.C., and L.M.C. would not be able to attract competent counsel who could achieve similar results. Accordingly, the Minors' attorneys request reimbursement of the full amount of their attorneys' fees and costs.

17.     The share of these proceeds apportioned for minor **Plaintiff I.C.** and his attorneys is $220,000. After deducting advanced costs in the amount of $20,136.18, requested attorneys' fees of $88,000, and the $900.00 advance tendered to I.R.C.'s guardian *ad litem* for her benefit, the total net settlement proceeds to Plaintiff I.C. is $110,964. It is requested that $110,964 be used to fund a structured settlement annuity for Plaintiff I.C. Attached hereto as "**Exhibit A**" is the proposed structured annuity for Plaintiff I.C., which is incorporated herein by reference. The total amount that Plaintiff I.C. will receive after final payment is made directly to him is $144,485.45. Plaintiff I.C.'s guardian *ad litem*, Joanne Albidrez, agrees to this proposal and believes that it is in the best interests of I.C.

18.     The share of these proceeds apportioned for minor **Plaintiff L.M.C.** and his attorneys is $220,000. After deducting advanced costs in the amount of $20,136.18, requested attorneys' fees of $88,000, and the $900 advance tendered to L.M.C.'s guardian *ad litem* for her benefit, the total net settlement proceeds to Plaintiff L.M.C. is $110,964. It is requested that $110,964 be used to fund a structured settlement annuity for Plaintiff L.M.C. Attached hereto as "**Exhibit B**" is the proposed structured annuity for Plaintiff L.M.C., which is incorporated herein by reference. The total amount that Plaintiff L.M.C. will receive after final payment is made directly to him is $225,081.00. Plaintiff L.M.C.'s guardian *ad litem*, Joanne Albidrez, agrees to this proposal and believes that it is in the best interests of L.M.C.

19.     The share of these proceeds apportioned for minor **Plaintiff I.R.C.** and his attorneys is $95,000. After deducting advanced costs in the amount of $8,695.17 and requested attorneys' fees of $38,000 the total net settlement proceeds to Plaintiff L.M.C. is $48,305. It is requested that $48,305 be used to fund a structured settlement annuity for Plaintiff I.R.C. Attached hereto as "**Exhibit C**" is the proposed structured annuity for Plaintiff I.R.C., which is incorporated herein by reference. The total amount that Plaintiff I.R.C. will receive after final payment is made directly to him is $104,180.00. Plaintiff I.R.C.'s guardian *ad litem*, Joanne Albidrez, agrees to this proposal and believes that it is in the best interests of I.R.C.

20.     The share of these proceeds apportioned for minor **Plaintiff E.M.C**. and his attorneys is $95,000. After deducting advanced costs in the amount of $8,695.17 and requested attorneys' fees of $38,000 the total net settlement proceeds to Plaintiff E.M.C. is $48,305. It is requested that $48,305 be used to fund a structured settlement annuity for Plaintiff E.M.C. Attached hereto as "**Exhibit D**" is the proposed structured annuity for Plaintiff E.M.C., which is

incorporated herein by reference. The total amount that Plaintiff E.M.C. will receive after final payment is made directly to him is $84,981.50. Plaintiff E.M.C.'s guardian *ad litem*, Joanne Albidrez, agrees to this proposal and believes that it is in the best interests of E.M.C.

21.   Joanne Albidrez, the Minors guardian *ad litem*, is successor-in-interest to Fernando Cruz Jr., who had claims against Defendants before he tragically passed away. She does not have any claims against the minor Plaintiffs in connection with the subject incident.

22.   This motion does not seek an order for payment of money to a special needs trust.

23.   This motion was prepared by myself (California State Bar Number 343169), of the Law Offices of Dale K. Galipo, located at 21800 Burbank Boulevard, Suite 310, Woodland Hills, California, which represents the plaintiffs in this action.

24.   The Law Offices of Dale K. Galipo, Steven A. Lerman & Associates, Inc., and the Law Office Of Gregory Peacock did not become involved in this matter because of any influence or request from any party against whom the claims of the Minors are asserted.

25.   The Law Offices of Dale K. Galipo, Steven A. Lerman & Associates, Inc., and the Law Office Of Gregory Peacock represent plaintiffs in this matter but are not employed by any other party or any insurance carrier involved in the matter.

26.   The Law Offices of Dale K. Galipo, Steven A. Lerman & Associates, Inc., and the Law Office Of Gregory Peacock have not to date received any compensation for their services in connection herewith from any person.

27.   In addition to receiving compensation from the Minor Plaintiffs' share of the settlement, Plaintiffs' attorneys expect to receive compensation in the

amount of $348,000 in attorneys' fees and $79,629.44 in reimbursed advanced litigation costs for their services in connection wherewith from the gross settlement proceeds to the adult plaintiffs in this case. Attorneys will receive a total of $600,000 in attorneys' fees and $137,290 in costs.

28.     The Law Offices of Dale K. Galipo, Steven A. Lerman & Associates, Inc., and the Law Office Of Gregory Peacock accepted this engagement for a contingency fee, plus reimbursement for any costs advanced. The retainer agreement provides for a 40 percent attorney fee recovery if any recovery is made after commencement of a lawsuit.


I declare under penalty of perjury that the foregoing is true and correct, and that this was executed this 19th  day of October 2023 at Woodland Hills, California.


*/s/Cooper Alison-Mayne*

Cooper Alison-Mayne