

## Settlement Proposal - FINAL

**Plaintiff:** ███████████ (I.C.)
**DOB:** 11/11/2007

|  | Structure Amount | Guaranteed Benefits |
|---|---|---|
| **Monthly Benefit-Guaranteed Tax-Free** | | |
| **$1,000.00** Payable monthly, guaranteed 3 years only, to begin at age 18 (11/11/2025). | | $36,000.00 |
| **Lump Sum- Guaranteed Tax-Free** | | |
| **$25,000.00** Payable at age 21 (11/11/2028). | | $25,000.00 |
| **Lump Sum- Guaranteed Tax-Free** | | |
| **$83,485.45** Payable at age 24 (11/11/2031). | | $83,485.45 |
| **Totals:** | **$110,964.00** | **$144,485.45** |

**Baldwin Settlements (866) 456-0663**

This proposal is valid for seven (7) days from 9/28/2023 (or until a life company rate change) and is contingent upon verification of date(s) of birth. Electronic transmission of this document is Read-Write protected. Any changes or modifications herein are strictly prohibited.

*Case #56809 Prop #53295*               *Page 1 of 1*