

# Settlement Proposal - FINAL

**Plaintiff:** ▮▮▮▮▮▮▮▮ (L.M.C.)
**DOB:** 5/24/2016

| | | Structure Amount | Guaranteed Benefits |
|---|---|---|---|
| **Monthly Benefit-Guaranteed Tax-Free** | | | |
| **$1,000.00** | Payable monthly, guaranteed 3 years only, to begin at age 18 (5/24/2034). | | $36,000.00 |
| **Lump Sum- Guaranteed Tax-Free** | | | |
| **$35,000.00** | Payable at age 21 (5/24/2037). | | $35,000.00 |
| **Lump Sum- Guaranteed Tax-Free** | | | |
| **$154,081.00** | Payable at age 24 (5/24/2040). | | $154,081.00 |
| | **Totals:** | **$110,964.00** | **$225,081.00** |

**Baldwin Settlements (866) 456-0663**
This proposal is valid for seven (7) days from 9/28/2023 (or until a life company rate change) and is contingent upon verification of date(s) of birth. Electronic transmission of this document is Read-Write protected. Any changes or modifications herein are strictly prohibited.

*Case #56809 Prop #53295*                                                                                                  *Page 1 of 1*