

## Settlement Proposal - FINAL

**Plaintiff:** ▆▆▆▆▆▆▆▆▆▆ (I.R.C.)
**DOB:** 2/18/2018

| | Structure Amount | Guaranteed Benefits |
|---|---|---|
| **Monthly Benefit-Guaranteed Tax-Free** | | |
| **$1,000.00** Payable monthly, guaranteed 3 years only, to begin at age 18 (2/18/2036). | | $36,000.00 |
| **Lump Sum- Guaranteed Tax-Free** | | |
| **$68,180.00** Payable at age 24 (2/18/2042). | | $68,180.00 |
| Totals: | $48,305.00 | $104,180.00 |

**Baldwin Settlements (866) 456-0663**
This proposal is valid for seven (7) days from 9/28/2023 (or until a life company rate change) and is contingent upon verification of date(s) of birth. Electronic transmission of this document is Read-Write protected. Any changes or modifications herein are strictly prohibited.

*Case #56809 Prop #53297*                                                                                           *Page 1 of 1*