

# Settlement Proposal - FINAL

**Plaintiff:** ▮▮▮▮▮▮▮▮▮▮ (E.M.C.)
**DOB:** 4/23/2014

|  | Structure Amount | Guaranteed Benefits |
|---|---|---|
| **Monthly Benefit-Guaranteed Tax-Free** | | |
| **$1,000.00** Payable monthly, guaranteed 3 years only, to begin at age 18 (4/23/2032). | | $36,000.00 |
| **Lump Sum- Guaranteed Tax-Free** | | |
| **$48,981.50** Payable at age 24 (4/23/2038). | | $48,981.50 |
| **Totals:** | **$48,305.00** | **$84,981.50** |

**Baldwin Settlements (866) 456-0663**
This proposal is valid for seven (7) days from 9/28/2023 (or until a life company rate change) and is contingent upon verification of date(s) of birth. Electronic transmission of this document is Read-Write protected. Any changes or modifications herein are strictly prohibited.