# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH CRUZ REAZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO BAEZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as Successor-in-Interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ, I.R.C., by and through her guardian, JOANNE ALBIDREZ, and E.M.C., by and through her guardian, JOANNE ALBIDREZ,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF RIVERSIDE; ROBERT ROACH; ANDREW LUCIFORA; GEOFFREY GILLISON; TODD HALBEISEN; and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:20-CV-01188-MEMF-SP<br>[*Hon. Maame Ewusi-Mensah Frimpong, Dist. Judge; Hon. Sheri Pym, Mag. J.*]<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COMPROMISE OF CLAIMS OF THE MINOR PLAINTIFFS, I.R.C., E.M.C., I.C., AND L.M.C.** |

# [PROPOSED] ORDER

This Court, having considered Plaintiffs' Unopposed *Ex Parte* Motion for Approval of Compromise of Claims of Minor Plaintiffs I.R.C., E.M.C., I.C., and L.M.C., and good cause appearing therefore, hereby GRANTS the motion and makes the following orders:

1. The settlement of minor plaintiff I.R.C.'s action against the Defendants in the net amount of $95,000 is hereby approved.

2. The settlement of minor plaintiff E.M.C.'s action against the Defendants in the net amount of $95,000 is hereby approved.

3. The settlement of minor plaintiff I.C.'s action against the Defendants in the net amount of $220,000 is hereby approved.

4. The settlement of minor plaintiff L.M.C.'s action against the Defendants in the net amount of $220,000 is hereby approved.

2. **Within 30 days of this Order**, Defendant County of Riverside, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the amount of $1,500,000 payable as follows:

    a. A draft for $1,181,462 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account," and sent to the Law Offices of Dale K. Galipo. These funds shall be used to satisfy (1) the attorneys' fees and costs owed to the Law Offices of Dale K. Galipo, Steven A. Lerman & Associates, Inc., and the Law Office of Greg Peacock, Esq. by the Minor Plaintiffs; and (2) the total gross settlement of the remaining plaintiffs.

    b. Defendant County of Riverside will purchase a structured annuity for the minor **Plaintiff I.C.** in the amount of $110,964.00 from MetLife Assignment Company, Inc. ("Assignee"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company

(hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "**Exhibit A**" to the Declaration of Cooper Alison-Mayne and in the table below. The total amount that I.R.C. will receive after the final payment is made directly to him from the annuity is $144,485.45.

c. Defendant County of Riverside will purchase a structured annuity for the minor **Plaintiff L.M.C.** in the amount of $110,964.00 from Assignee, which will provide periodic payments to be made by Annuity Carrier rated A+ Class XV by A.M. Best Company as set forth in "**Exhibit B**" to the Declaration of Cooper Alison-Mayne and in the table below. The total amount that I.R.C. will receive after the final payment is made directly to her from the annuity is $225,081.00.

d. Defendant County of Riverside will purchase a structured annuity for the minor **Plaintiff I.R.C.** in the amount of $48,305.00 from Assignee, which will provide periodic payments to be made by Annuity Carrier rated A+ Class XV by A.M. Best Company as set forth in "**Exhibit C**" to the Declaration of Cooper Alison-Mayne and in the table below. The total amount that I.R.C. will receive after the final payment is made directly to her from the annuity is $104,180.00.

e. Defendant County of Riverside will purchase a structured annuity for the minor **Plaintiff E.M.C.** in the amount of $48,305.00 from Assignee, which will provide periodic payments to be made by Annuity Carrier rated A+ Class XV by A.M. Best Company as set forth in "**Exhibit D**" to the Declaration of Cooper Alison-Mayne and in the table below. The total amount that I.R.C. will receive after the final payment is made directly to her from the annuity is $84,981.50.

5. Annuity Carrier shall provide periodic payments in accordance with "Exhibit A", "Exhibit B", "Exhibit C", and "Exhibit D" to the Declaration of Cooper Alison-Mayne and as set forth in the table below.

6. All sums and periodic payments set forth in the two "Periodic Payments" tables below constitute damages on account of personal physical injuries or physical illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

7. Disbursement drafts will be made payable and will begin being issued directly to Plaintiff I.C. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to I.C.**

| | |
|---|---|
| $1,000 | Monthly Benefit-Guaranteed Tax-Free; Payable monthly, guaranteed 3 years only, to begin at age 18 to 21. |
| $25,000.00 | Lump Sum – Guaranteed Tax-Free; Payable at age 21 |
| $83,485.45 | Lump Sum – Guaranteed Tax-Free; Payable at age 24 |

8. Disbursement drafts will be made payable and will begin being issued directly to Plaintiff L.M.C. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to L.M.C.**

| | |
|---|---|
| $1,000 | Monthly Benefit-Guaranteed Tax-Free; Payable monthly, guaranteed 3 years only, to begin at age 18 to 21. |
| $35,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 21 |
| $154,081 | Lump Sum – Guaranteed Tax-Free; Payable at age 24 |

7. Disbursement drafts will be made payable and will begin being issued directly to Plaintiff I.R.C. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to I.R.C.**

| $1,000 | Monthly Benefit-Guaranteed Tax-Free; Payable monthly, guaranteed 3 years only, to begin at age 18. |
|---|---|
| $68,180.00 | Lump Sum – Guaranteed Tax-Free; Payable at age 24 |

7. Disbursement drafts will be made payable and will begin being issued directly to Plaintiff E.M.C. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to E.M.C**

| $1,000 | Monthly Benefit-Guaranteed Tax-Free, Payable monthly, guaranteed 3 years only, to begin at age 18. |
|---|---|
| $48,981.50 | Lump Sum – Guaranteed Tax-Free; Payable at age 24 |

9. Defendant County of Riverside will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee of the Defendant County of Riverside's liability to make the periodic payments as described in the above tables and in "Exhibit A", "Exhibit B", "Exhibit C", and "Exhibit D" to the Declaration of Cooper Alison-Mayne, filed concurrently herewith. Such assignment, if made, shall be accepted by the Plaintiffs without right of rejection and shall completely release and discharge Defendant County of Riverside from such obligations hereunder as are assigned to Assignee. This includes that Defendant County of Riverside shall execute a Qualified Assignment document.

10. Defendant County of Riverside and/or Assignee shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

11. Assignee shall be the owner of the annuity policy or policies, and shall have all rights of ownership.

12. Assignee will have the Annuity Carrier mail payments directly to the Plaintiffs I.C., L.M.C., I.R.C., and E.M.C., as set forth above.  Joanne Albidrez (until Plaintiffs I.C., L.M.C., I.R.C., and E.M.C. reach the age of the majority) and then Plaintiffs I.C., L.M.C., I.R.C., and E.M.C. shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

**IT IS SO ORDERED**.

DATED: By: _____
HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE