UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:20-cv-01188-MEMF-SP                                                    Date: November 14, 2023

Title   *Sarah Cruz Reaza et al. v. County of Riverside et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Minute Order re Additional Information on Settlement**

On October 19, 2023, Plaintiffs I.R.C., E.M.C., I.C., and L.M.C. filed an Unopposed Motion for Approval of Minor's Compromise. ECF No. 184. The Court requires more information to determine whether the settlement is fair and reasonable.

Counsel for E.M.C., I.R.C., I.C., and L.M.C are ORDERED file an addition statement providing more information why the attorney's fees and advanced litigation costs are reasonable. At minimum, this statement should include the retainer agreement and an itemized list of litigation costs. This statement must be filed within seven (7) days of this order.

IT IS SO ORDERED.

**Initials of Preparer**   DBE