# EXHIBIT A

Itemized List of Litigation Costs

| # | Item | Amount |
|---|------|--------|
| 1. | Jeff Noble (Police Practices Expert) | $12,094.50 |
| 2. | Marvin Pietruszka, M.D. (Pathologist Expert) | $27,453.50 |
| 3. | Norman Schall Court Reporters | $7,534.20 |
| 4. | Kusar Court Reports | $25,808.23 |
| 5. | NCAVF (Video / Audio Expert) | $18,314.00 |
| 6. | James Kent (Biomechanical Engineer Expert) | $6,564.00 |
| 7. | Confidential Management (Investigator) | $3,487.10 |
| 8. | Arlington Mortuary | $5,664.08 |
| 9. | Joanna Albidrez (Payment for Minor Benefits) | $1,800.00 |
| 10. | Riverside Public Health (Death Certificate) | $42.00 |
| 11. | County of Riverside Coroner's Office | $23.00 |
| 12. | Laura Elias (Court Reporter) | $876.00 |
| 13. | Phyllis Preston (Court Reporter) | $752.40 |
| 14. | Evergreen Memorial Park | $4,420.75 |
| 15. | Sheraton (Conference room for Expert Depo) | $821.25 |
| 16. | Marriot (Conference room for Client Meeting) | $535.05 |
| 17. | Sonesta Hotel | $58.64 |
| 18. | Def. Expert Deposition – Steve Lurie | $1,600.00 |
| 19. | Def. Expert Deposition – Rod Englert | $1,425.00 |
| 20. | Def. Expert Deposition – Dr. Graham | $1,000.00 |
| 21. | Def. Expert Deposition – Dr. Mohandie | $1,375.00 |
| 22. | Def. Expert Deposition – Dr. Kode | $1,687.50 |

| | |
|---|---|
| 23. Def. Expert Deposition – BekTek | $460.00 |
| 24. Def. Expert Deposition – Dr. Clark | $715.00 |
| 25. Def. Expert Deposition – Dr. Chan | $1,250.00 |
| 26. J.J. Photocopy | $773.91 |
| 27. Journal of Forensics | $47.00 |
| 28. Vital Check | $42.00 |
| 29. Notary on the Run | $50.00 |
| 30. Mary Hernandez (Cost to repair hole in floor) | $850.00 |
| 31. A1 Courier | $212.53 |
| 32. Best Buy (tablet for Client remote depositions) | $365.33 |
| 33. Staples (thumb drives for expert production) | $142.78 |
| 34. Wolters Kluwer | $47.00 |
| 35. 555 East (Restaurant Meeting with Counsel) | $304.00 |
| 36. Berto Legal (Attorney Filing Service) | $2,165.60 |
| 37. John Martinez (Video Specialists + Editor) | $5,350.00 |
| 38. Fed Ex | $90.89 |
| 39. USPS | $16.90 |
| 40. Gas Mileage | $1,185.60 |
| 41. Mediation Cost (Copeland) | $1,124.89 |
| Total Costs | $138,529.63 |