**STEVEN A. LERMAN & ASSOCIATES, INC.**
Steven A. Lerman, Esq. (S.B.N. 55839)
Nicholas M. Lerman, Esq. (SBN: 292656)
6033 West Century Boulevard, Suite 740
Los Angeles, California 90045
Telephone: (310) 659-8166
Email: nlerman@lermanslaw.com

*Attorneys for All Plaintiffs*

[*Additional counsel on following page*]

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH CRUZ REAZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO BAEZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as Successor-in-Interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ, I.R.C., by and through her guardian, JOANNE ALBIDREZ, and E.M.C., by and through her guardian, JOANNE ALBIDREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; ROBERT ROACH; ANDREW LUCIFORA; GEOFFREY GILLISON; TODD HALBEISEN; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 5:20-CV-01188-MEMF-SP<br>[*Hon. Maame Ewusi-Mensah Frimpong, Dist. Judge; Hon. Sheri Pym, Mag. J.*]<br><br>**DECLARATION OF NICHOLAS M. LERMAN**<br><br>Complaint Filed:  June 11, 2020<br>Pre-Trial Conf.:  N/A<br>Trial Date:        N/A<br><br>[*filed concurrently*: Plaintiffs' Additional Statement Regarding Attorneys' Fees] |

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Email: dalekgalipo@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4425 Jamboree Road, Suite 130
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

## DECLARATION OF NICHOLAS M. LERMAN

I, Nicholas M. Lerman, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for the plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called.

2. Attached hereto as Exhibit A is a true and correct copy of an account of the litigation costs incurred in this action. This account details all expenses related to the case, reflecting the necessary and reasonable costs that were essential for the effective representation of the plaintiffs.

3. Additionally, through their guardian ad litem, minor plaintiffs I.C. and L.M.C. were advanced $900 each, for a total of $1,800, to cover basic childcare needs during the litigation.

4. Attached as Exhibit B is a true and correct copy of the retainer agreement between the plaintiffs and our law firm. This agreement outlines the terms and conditions of our legal representation, including the fee arrangements and the scope of our services, and is a key document in understanding the legal framework under which this case was managed and executed.

5. In addition to the aforementioned exhibits, I have also attached as Exhibit C a true and correct copy of the 1.5.1 fee split agreement relevant to this case. This agreement, executed in accordance with the California Rules of Professional Conduct, Rule 1.5.1, sets forth the terms under which the attorney fees are divided among the participating legal counsel.

6. I affirm that both Exhibit A, Exhibit B, and Exhibit C are accurate representations of the respective documents and have been prepared and maintained in the regular course of our legal practice. These exhibits are provided

to offer a transparent and comprehensive view of the financial and contractual aspects of our legal services in this matter.

7. On October 9, 2019, my office was retained to prosecute the wrongful death claims of Fernando Cruz, on behalf of his surviving biological parents, and his 7 (seven) biological children.

8. My office immediately began investigating the facts and circumstances of Mr. Cruz's death, and hired a private pathologist, Marvin Pietruzska, M.D., to perform a private autopsy at my firm's expense. My law firm also provided financial assistance for Mr. Cruz's burial service.

9. On January 10, 2020, my office served County of Riverside with Claim For Damages on behalf of my clients. On June 11, 2020, my office filed our subject Complaint and Applications for Guardian Ad Litem. On January 7, 2021, Plaintiffs' filed their First Amended Complaint.

10. Over the course of the past four years, my office has extensively and thoroughly litigated this matter, and was only able to secure a settlement on the eve of our scheduled trial of, June 26, 2023. Review of the docket for the herein case reveals approximately 185 docket submissions, further evidencing the extensive litigation work performed by Plaintiffs' attorneys.

11. My office has taken and defended approximately 30 depositions, including Plaintiffs, Defendant Officers, Riverside County Coroner, subject witnesses, expert witnesses, etc. Many of these depositions took place in person, and required traveling great distances, such as Banning Justice Center.

12. My office filed and opposed numerous motions, including Defendants Motion for Summary Judgment, Motion to Exclude Expert Witness Testimony, Motion for Sanctions Pursuant to Rule 37, Motion for Relief, and Motions In Limine.

13. Moreover, Defendant filed a Motion for Summary Judgment on or about June 23, 2022, and a Motion to Exclude Certain Opinions as to Plaintiff's Expert Witness. My office spent dozens of hours preparing an opposition, which was filed on July 14, 2022. The Court ruled in favor of Plaintiff, and denied Defendants' motion.

14. On June 6, 2022, this case was submitted for Mediation with Richard Copeland, Esq. At the conclusion of the June 6th session, the final settlement offer from Defendants was $50,000.00.

15. The Parties engaged in considerable expert discovery. My office retained an Expert Pathologist / Toxicologist, an Expert in Police Practices, and an Audio/Video Specialist. Defendants designated eight Retained Experts, all of whom were deposed by my office, and two Non-retained Experts, also deposed by my office.

16. In preparation for our then scheduled trial of December 12, 2022, my office prepared and submitted our trial documents, which included Plaintiffs' Witness List, Status Report of Settlement Discussions, Joint Exhibit List, Proposed Jury Instructions and Motions In Limine. Additionally, I spent considerable time preparing jury exhibits, witness outlines, deposition transcript reviews, expert witness preparation, etc.

17. Due to an unforeseen illness, our trial date of December 12, 2022 was continued to June 7, 2023. At the time of our continuance, both parties were ready and fully prepared for trial.

18. On May 31, 2023, the herein matter was again submitted to Richard Copeland, Esq. for private mediation, and the parties were then able to secure a resolution in the amount of $1,500,000.00.

19. On or about June 25, 2023, my office received notice that Plaintiff Frank Cruz unexpectedly and tragically died. Plaintiff Frank Cruz is survived by

his two minor children, E.M.C. and I.R.C. At the time of Frank Cruz's passing, the subject case was settled subject to approval of the Riverside Board of Supervisors. Moreover, Plaintiff Frank Cruz's net proceeds of the settlement were ascertained based on his contract with my office, which provided 40% recovery. Plaintiff Frank Cruz's surviving children are the beneficiaries of the considerable work undertaken by my office on Plaintiff Frank Cruz's behalf.

20. Following Frank Cruz's unfortunate passing, my office researched the surrounding issues, and determined what we believed to be in the best interest of the Plaintiffs, and Frank Cruz's minor children. Thereafter, my office spent considerable time reviewing annuities for the minor Plaintiffs, and assisted in the preparation of numerous documents used to seek the approval of the Court for each minor Plaintiff. Furthermore, my office assisted in the preparation of the Minor's Compromises filed Ex Parte on October 19, 2023.

21. My law firm has spent approximately $138,529.63 in total costs to litigate this matter to conclusion. The great bulk of these costs relate to the numerous defense experts retained, and related litigation costs, such as court reporters, etc.. All costs incurred by my firm were in furtherance of Plaintiffs' legal interest, and should be approved in total.

22. I have personally spent over 1,500 hours diligently prosecuting Plaintiffs' civil action, and firmly believe that the 40% fee requested was earned based on the amount of work performed by my office, as well as the excellent recovery achieved on behalf of the Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct, and that this was executed this 17th day of November 2023 in Los Angeles, California.

*/s/Nicholas M. Lerman*
Nicholas M. Lerman

DECLARATION OF NICHOLAS M. LERMAN