**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
Cooper Alison-Mayne, SBN 343169
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Email: dalekgalipo@yahoo.com
         cmayne@galipolaw.com

*Attorneys for All Plaintiffs*

[*Additional counsel on following page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH CRUZ REAZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO BAEZA, individually and as Successor-in-Interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually and as Successor-in-Interest of Decedent Fernando Cruz, CELESTE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, RAELENE MARIE CRUZ, individually and as Successor-in-Interest of Decedent Fernando Cruz, J.A., by and through his guardian, JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ, I.R.C., by and through her guardian, JOANNE ALBIDREZ, and E.M.C., by and through her guardian, JOANNE ALBIDREZ, <br><br>                Plaintiffs, <br><br>        vs. <br><br> COUNTY OF RIVERSIDE; ROBERT ROACH; ANDREW LUCIFORA; GEOFFREY GILLISON; TODD HALBEISEN; and DOES 1 through 20, Inclusive, <br><br>                Defendants. | Case No. 5:20-CV-01188-MEMF-SP <br><br> [*Hon. Maame Ewusi-Mensah Frimpong*] <br><br> **STIPULATION TO DISMISS CASE WITH PREJUDICE (FRCP (a)(1)(A)(ii)** |

1  **STEVEN A. LERMAN & ASSOCIATES, INC.**
   Steven A. Lerman, Esq. (S.B.N. 55839)
2  Nicholas M. Lerman, Esq. (SBN: 292656)
   6033 West Century Boulevard, Suite 740
3  Los Angeles, California 90045
   Telephone: (310) 659-8166
4  Email: nlerman@lermanslaw.com

5  **LAW OFFICE OF GREGORY PEACOCK**
   Gregory Peacock, ESQ. (SBN. 277669)
6  4425 Jamboree Road, Suite 130
   Newport Beach, CA 92660
7  Telephone: (949) 292-7478
   Email: gregorypeacockesq@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

By and through counsel of record in this action, Plaintiffs SARAH CRUZ REAZA, FERNANDO BAEZA, FERNANDO CRUZ, JR., CELESTE MARIE CRUZ, RAELENE MARIE CRUZ, J.A., I.C., L.M.C., I.R.C., AND E.M.C. ("Plaintiffs") and Defendants COUNTY OF RIVERSIDE, ROBERT ROACH, ANDREW LUCIFORA, GEOFFREY GILLISON, and TODD HALBEISEN ("Defendants") (collectively "the Parties") hereby stipulate to dismiss all claims against all defendants with prejudice pursuant to Fed. R. Civ. Proc., Rule 41(a)(1)(A)(ii). Each party is to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: May 6, 2024         LAW OFFICES OF DALE K. GALIPO; STEVEN A. LERMAN AND ASSOCIATES, INC.; LAW OFFICE OF GREGORY PEACOCK

By: _____/s/ Dale K. Galipo_____
DALE K. GALIPO
COOPER ALISON-MAYNE
STEVEN A. LERMAN
NICHOLAS M. LERMAN
GREGORY PEACOCK
Attorneys for Plaintiffs

DATED: May 6, 2024         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Abigail J.R. McLaughlin_____
TONY M. SAIN
TORI L. N. BAKKEN
ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendants,
COUNTY OF RIVERSIDE, ROBERT ROACH, ANDREW LUCIFORA, GEOFFREY GILLISON and TODD HALBEISEN