1
2
3
4 **UNITED STATES DISTRICT COURT**
5 **CENTRAL DISTRICT OF CALIFORNIA**
6
7

8 | SARAH CRUZ REAZA, individually and as Successor-in-Interest of

Case No. 5:20-CV-01188-MEMF-SP

9 Decedent Fernando Cruz, FERNANDO BAEZA, individually and as Successor-

*[Hon. Maame Ewusi-Mensah Frimpong]*

10 in-Interest of Decedent Fernando Cruz, FERNANDO CRUZ, JR., individually

11 and as Successor-in-Interest of Decedent Fernando Cruz, CELESTE

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE**

12 MARIE CRUZ, individually and as Successor-in-Interest of Decedent

**WITH PREJUDICE (FRCP (a)(1)(A)(ii)**

13 Fernando Cruz, RAELENE MARIE CRUZ, individually and as Successor-

14 in-Interest of Decedent Fernando Cruz, J.A., by and through his guardian,

15 JOANNE ALBIDREZ, I.C., by and through his guardian, JOANNE

16 ALBIDREZ, L.M.C., by and through her guardian, JOANNE ALBIDREZ,

17 I.R.C., by and through her guardian, JOANNE ALBIDREZ, and E.M.C., by

18 and through her guardian, JOANNE ALBIDREZ,

19
             Plaintiffs,
20
        vs.
21
COUNTY OF RIVERSIDE; ROBERT
22 ROACH; ANDREW LUCIFORA; GEOFFREY GILLISON; TODD
23 HALBEISEN; and DOES 1 through 20, Inclusive,
24
             Defendants.
25
26
27
28

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation to Dismiss Case with Prejudice, and GOOD CAUSE appearing therein, all claims of all plaintiffs against all defendants are hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _____          _____

Honorable Maame Ewusi-Mensah Frimpong
United States District Court
Central District of California